IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26CR151-SA-RP-1

TIMOTHY FOWLER

**ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Goodloe Lewis on October 1, 2026,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Goodloe Lewis** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that

**Goodloe Lewis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 1st day of October, 2026.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE